IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEORGE DONATHAN,          )
                                   )
             Plaintiff,    )    CV 03-1705-HU
                                   )
    v.                     )
                                   )
JOANNE B. BARNHART,       )    **ORDER**
Commissioner of Social    )
Security,               )
                                   )
             Defendant.    )

Magistrate Judge Dennis James Hubel filed his Findings and Recommendation on February 25, 2005. The matter is now before me pursuant to 28 U.S.C. § 636 (b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

Plaintiff has filed timely objections.  I have, therefore, given the file of this case a <u>de</u> <u>novo</u> review.  I ADOPT Magistrate Judge Hubel's Findings and Recommendation.

The Commissioner's decision is affirmed and this action is dismissed.

IT IS SO ORDERED.

DATED this 27th day of July, 2005.

/s/ Owen M. Panner

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE